**Electronically Filed
Supreme Court
SCWC-10-0000128
14-NOV-2013
08:05 AM**

SCWC-10-0000128

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

JOSEPH W. HARTLEY,
Respondent/Plaintiff-Appellee/Cross-Appellee,

vs.

JOHN MARSH,
Respondent/Defendant-Appellant/Cross-Appellee,

and

C. MIKAHALA KERMABON,
Petitioner/Defendant-Appellant/Cross-Appellant,

and

HEIRS OR ASSIGNS OF AKI, ET AL,
Respondents/Defendants-Appellees/Cross-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-10-0000128; CIV. NO. 07-1-0456(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Application for Writ of Certiorari filed on

October 2, 2013 by Petitioner/Defendant-Appellant C. Mikahala

Kermabon is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 14, 2013.

C. Mikahala Kermabon,
pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

